FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2003 MAR -6 A 9: 26

DISTRICT OF UTAH

BY _____
    DEPUTY CLERK

Peter W. Billings, A0330
Douglas J. Payne, A4113
FABIAN & CLENDENIN,
  A Professional Corporation
Twelfth Floor
215 South State Street
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900

Brad Holm (Utah Bar no. 01521)
"Trey" A.R. Dayes III (Utah Bar no. 07504)
HOLM WRIGHT HYDE & HAYS PLC
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
(480) 961-0040

Attorneys for Plaintiff Reorganized Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>C & M Properties, LLC, a Utah limited liability company,<br><br>    Debtor. | **Bankruptcy No. 01-38555 GEC**<br><br>Chapter 11 |
| C & M Properties, LLC, a Utah limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>Richard D. Burbidge, an individual; Jefferson W. Gross, an individual; Burbidge & Mitchell, a Utah partnership; Richard D. Burbidge, Inc., a Utah corporation; Stephen B. Mitchell, Inc., a Utah corporation; Jefferson W. Gross, P.C., Inc., a Utah corporation; and Doe Defendants 1-10,<br><br>    Defendants. | **Adv. No. 03P-2024 GEC**<br><br><br>**AFFIDAVIT OF PETER W. BILLINGS** |



0302024D15

Peter W. Billings, being first duly sworn upon his oath, deposes and states as follows:

1. I am President of the law firm of Fabian & Clendenin ("F&C").

2. F&C was retained by C&M Properties, L.L.C. ("C&M") to represent it in the above-captioned Chapter 11 bankruptcy case.

3. In July 2002, C&M negotiated a settlement agreement ("the July 19th Settlement Agreement") with insiders and former insiders who included the major secured and unsecured creditors. The Settlement Agreement specifically listed all non-insider unsecured creditors, including Burbidge & Mitchell and its attorneys, as "not released, directly or indirectly, and no claims are waived, settled or released against [them]." July 19th Settlement Agreement, p. 31, 10. A copy of the Settlement Agreement was attached as Exhibit "A" to C&M's previously filed Memorandum in Opposition to Motion to Dismiss.

4. On July 29, 2002, C&M filed a motion to approve the July 19th Settlement Agreement and other settlement agreements and served of the motion upon Burbidge & Mitchell and other interested parties.

5. On August 5, 2002, Richard Burbidge telephoned me and asked why Burbidge & Mitchell was not included in the July 19th Settlement Agreement. He stated that Burbidge & Mitchell would not allow the settlement to be approved unless it provided for a release of Burbidge & Mitchell. I told him that since under the July 19th Settlement Agreement, High Mountain was ending up in control of C&M which would own the claim, he should speak with Jonathan Hafen, counsel for High Mountain.

6. The July 19th Settlement Agreement was not changed to provide a release of Burbidge & Mitchell. Burbidge & Mitchell did not object to the July 19th settlement.

273176-1

2

DATED this 6TH day of March, 2003.

_____
Peter W. Billings

SUBSCRIBED AND SWORN to before me this 6th day of March, 2003.

_____
Notary Public

NOTARY PUBLIC
GINA BOSEN
215 S. State St., 12th Flr.
Salt Lake City, Utah 84111
My Commission Expires
February 5, 2005
STATE OF UTAH

3

273176-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2003, I caused to be hand-delivered, a true and correct copy of the foregoing Affidavit of Peter W. Billings, to:

>Duane H. Gillman
>R. Mont McDowell
>McDowell & Gillman PC
>50 West Broadway, 12th Floor
>Salt Lake City, Utah 84101
>
>James S. Jardine
>Ray Quinney & Nebeker
>36 South State Street, Suite 1400
>Salt Lake City, Utah 84111
>
>United States Trustee
>9 Exchange Place, Suite 100
>Salt Lake City, Utah 84111

*[signature]*